IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MURRAY et. al., <br>         Plaintiffs, <br><br> v. <br><br> TRUMP ENTERTAINMENT RESORTS., et. al. <br>         Defendants. | Civ. No. 15-6039 |

## ORDER

**AND NOW**, this 16th day of March, 2016, upon consideration of the Parties' joint stipulation that the amount-in-controversy does not exceed $75,0000, it is hereby **ORDERED** that this case be **REMANDED**. The Clerk shall mark this case **CLOSED** for statistical purposes.

**AND IT IS SO ORDERED.**

_/s/ Paul S. Diamond_
Paul S. Diamond, J.