IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVETTE MURRAY AND<br>CHRISTOPHER MING<br><br>v.<br><br>TRUMP ENTERTAINMENT RESORTS AND<br>TRUMP TAJ MAHAL ASSOCIATES<br>d/b/a TRUMP TAJ MAHAL a/k/a<br>TRUMP TAJ MAHAL CASINO HOTEL | CIVIL ACTION NO.<br>15-6039 |

## ORDER TO SETTLE, DISCONTINUE & END

To the Prothonotary:

Kindly mark the above-captioned matter "settled, discontinued and ended," upon payment of your costs only.

LAW OFFICES
BERNARD M. GROSS, P.C.
BY:

*[signature]*

BERNARD M. GROSS
Suite 1820, Two Penn Center
1500 JFK Boulevard
Philadelphia, PA 19102
Telephone: 215-561-3600
I.D. #02571

**Attorney for Plaintiffs**